IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DARYL CLYDE EDWARDS,<br><br>                  Plaintiff,<br><br>vs.<br><br>EARL HOUSER,<br><br>                  Defendant. | Case No. 3:22-cv-00053-RRB<br><br>**ORDER OF DISMISSAL<br>WITHOUT PREJUDICE** |

Upon due consideration of Defendant's Notice of Voluntary Dismissal of Petition for Writ of Habeas Corpus, Pursuant to 28 U.S.C. § 2241, filed at Docket 21 on December 28, 2022, it is hereby

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**.

FURTHER ORDERED that pending motions, if any, are DENIED, and pending deadlines and filing requirements, if any, are VACATED.

IT IS SO ORDERED this 3rd day of January, 2023, at Anchorage, Alaska.

                                                      */s/ Ralph R. Beistline*
                                                      RALPH R. BEISTLINE
                                          Senior United States District Judge